IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JORDAN PROPERTIES, LTD.** PLAINTIFF

V. NO. 4:22-CV-193-DMB-DAS

**CITY OF CLEVELAND, MISSISSIPPI
and JOHN DOES 1–3** DEFENDANTS

ORDER

On July 6, 2023, the Court denied Jordan Properties' motion for leave to amend its complaint because the motion was not accompanied by a separately-filed memorandum brief and the Court declined to waive Local Rule 7(b)(4)'s memorandum brief requirement.[1] Doc. #31. In the July 6 order, the Court advised Jordan Properties that within seven (7) days it could file a renewed motion for leave to amend its complaint. *Id.* On July 13, 2023, instead of filing a motion for leave to amend, Jordan Properties docketed a memorandum brief in support of its previously denied motion for leave. Doc. #32. Because Jordan Properties' July 13 memorandum brief does not concern a pending motion but rather a motion the Court has already denied, Jordan Properties' July 13 memorandum brief [32] is **STRICKEN**. The Court will allow Jordan Properties one final opportunity to properly seek leave to amend in accordance with the procedural rules. No later than July 31, 2023, Jordan Properties may file a renewed request to amend the complaint.

**SO ORDERED**, this 24th day of July, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] In its March 16 order, the Court allowed Jordan Properties fourteen days to seek leave to file an amended complaint with respect to its federal due process claim. Doc. #26.